1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | SEAN C. FLYNN
Assistant U.S. Attorney
3 | 501 "I" Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2700

**FILED**

FEB 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:09 - CR ' 0066 GEB

UNITED STATES OF AMERICA,           )    No.
                                    )
            Plaintiff,              )    VIOLATIONS:  18 U.S.C. § 371 -
                                    )    Conspiracy to Commit Bank Fraud
      v.                            )    and Mail Fraud; 18 U.S.C. § 1344
                                    )    - Bank Fraud (2 counts); 18
DENNIS AARON MOORE,                 )    U.S.C. § 1014 – False Statements
VERONIKA WRIGHT,                    )    on a Loan Application (3counts);
MITCHELL B. WRIGHT,                 )    and 18 U.S.C. § 1957 – Engaging
HAIYING FAN, and                    )    in a Monetary Transaction in
GARY LORENZO GEORGE,                )    Criminally Derived Property (2
                                    )    counts)
            Defendants.             )
                                    )
_____)

I N D I C T M E N T

COUNT ONE:   [18 U.S.C. § 371 – Conspiracy to Commit Bank Fraud
             and Mail Fraud]

      The Grand Jury charges:

                  DENNIS AARON MOORE,
                   VERONIKA WRIGHT,
                  MITCHELL B. WRIGHT,
                   HAIYING FAN, and
                  GARY LORENZO GEORGE,

defendants herein, as follows:

                  I. INTRODUCTION

      1.   Beginning in or about June 2005, and continuing until

in or about April 2007, in the Eastern District of California,

-1-

the Northern District of California and elsewhere, defendants
DENNIS AARON MOORE ("MOORE"), VERONIKA WRIGHT ("V. WRIGHT"),
MITCHELL B. WRIGHT ("M. WRIGHT"), HAIYING FAN ("FAN"), and GARY
LORENZO GEORGE ("GEORGE") conspired to defraud a series of
federally insured and other real property lenders through the
perpetration of a "cash-back-to-buyer" mortgage fraud scheme.   As
part of the agreed-to scheme and artifice to defraud, defendant
MOORE purchased five separate real properties in the Eastern
District of California, each of which was funded with large
primary loans or first mortgages from various lending
institutions.   As a further part of the scheme and artifice to
defraud, defendant MOORE collaborated with his mortgage broker,
defendant V. WRIGHT, and her husband, defendant M. WRIGHT, to
submit to these various lending institutions home mortgage loan
applications that contained various materially false and
fraudulent statements and representations with respect to, among
other things, defendant MOORE's: gross monthly income;
employment; intention to actually reside in the respective
properties; and account balance in his Washington Mutual Bank
account.   In some instances, defendants submitted loan
applications that further contained materially false and
fraudulent statements with respect to the preparation by
defendant GEORGE of defendant MOORE's federal and state tax
returns.   Finally, as part of the agreed-to scheme and artifice
to defraud, defendants ensured that the closing documents from
each property transaction directed that defendant FAN receive a
large payment out of escrow, denoted as a commission, the
majority of which was immediately thereafter transferred to

1  defendant MOORE's Washington Mutual Bank account, completing the
2  cash-back-to-buyer fraud scheme.

3                II.   PARTIES, PERSONS AND ENTITIES

4      At all relevant times as alleged in this Indictment:

5      2.  Defendant MOORE was a self-employed real estate investor
6  residing in Hillsborough, California.  Defendant MOORE controlled
7  Washington Mutual Bank account number XXXXXX0626 (hereinafter,
8  "account number XXXXXX0626").

9      3.  Fidelity Capital Funding ("Fidelity Capital") was a
10 mortgage brokerage firm with a principal place of business at
11 2603 Camino Ramon, Suite 350, San Ramon, California.  Defendant
12 V. WRIGHT served as a mortgage consultant and loan officer for
13 Fidelity Capital.  Defendant V. WRIGHT served as defendant
14 MOORE's mortgage broker and loan officer on each of the property
15 transactions at issue herein.

16     4.  Defendant M. WRIGHT was the husband of defendant V.
17 WRIGHT, and resided in San Ramon, California, working in various
18 capacities for technology-based companies during the relevant
19 period.  Defendants V. WRIGHT and M. WRIGHT jointly controlled
20 Washington Mutual Bank account number XXXXXX4579 (hereinafter,
21 "account number XXXXXX4579").

22     5.  Defendant FAN was the owner of F. Realty Extraordinary,
23 Inc., a real estate services provider with a principal place of
24 business at 825 Dinon Ave., Millbrae, California.  Defendant FAN
25 served as defendant MOORE's real estate agent in connection with
26 some of the property transactions at issue herein. Defendant FAN
27 controlled Wells Fargo Bank account number XXXXXX5418 in the name
28 of F. Realty Extraordinary (hereinafter, "account number

                                -3-

1  XXXXXX5418").

2    6.  Defendant GEORGE was an employee of Step One Tax
3  Professionals, Inc., a financial services company with a
4  principal place of business at 23 Windwatcher Court, Sacramento,
5  California.

6    7.  Washington Mutual Bank, d/b/a Long Beach Mortgage
7  Company (hereinafter, "Long Beach Mortgage"), was a financial
8  institution the deposits of which were insured by the Federal
9  Deposit Insurance Corporation, and which did business in the
10  Eastern District of California and elsewhere.  Long Beach
11  Mortgage served as the lending institution that provided home
12  mortgage loans, and disbursed funds, in connection with defendant
13  MOORE's purchase of certain real properties located at 1035
14  Herbert Avenue, South Lake Tahoe, California (hereinafter, "1035
15  Herbert Ave.") and 3159 Pioneer Trail, South Lake Tahoe,
16  California (hereinafter, "3159 Pioneer Trail").

17    8.  Countrywide Bank, FSB (hereinafter, "Countrywide"), was
18  a financial institution the deposits of which were insured by the
19  Federal Deposit Insurance Corporation, and which did business in
20  the Eastern District of California and elsewhere.  Countrywide
21  served as the lending institution that provided two home mortgage
22  loans, and disbursed funds, in connection with defendant MOORE's
23  purchase of certain real property located at 11492 Deer Creek
24  Lane, Nevada City, California (hereinafter, "11492 Deer Creek
25  Lane").

26    9.  Alternative Financing Corporation ("Alternative
27  Financing") was a financial lending institution, which did
28  business in the Eastern District of California and elsewhere.

-4-

1 Alternative Financing served as the lending institution that
2 provided a home mortgage loan, and disbursed funds, in connection
3 with defendant MOORE's purchase of certain real property located
4 at 3762 Pioneer Trail, South Lake Tahoe, California (hereinafter,
5 "3762 Pioneer Trail").

6 10. SunTrust Mortgage, Inc. ("SunTrust Mortgage") was a
7 financial lending institution, which did business in the Eastern
8 District of California and elsewhere. SunTrust Mortgage served
9 as the lending institution that provided a home mortgage loan,
10 and disbursed funds, in connection with defendant MOORE's
11 purchase of certain real property located at 2244 Inverness
12 Drive, South Lake Tahoe, California (hereinafter, "2244 Inverness
13 Drive").

14                    III.   THE CONSPIRACY

15 11. Beginning no later than in or about June 2005, and
16 continuing through in or about April 2007, in the Eastern
17 District of California, the Northern District of California and
18 elsewhere, defendants DENNIS AARON MOORE, VERONIKA WRIGHT,
19 MITCHELL B. WRIGHT, HAIYING FAN, and GARY LORENZO GEORGE
20 knowingly combined, conspired and agreed among themselves:

21        a.    to knowingly execute and attempt to execute a
22 material scheme and artifice to defraud federally insured
23 financial institutions, and to obtain the moneys, funds, credits,
24 assets, and other property owned by and under the custody and
25 control of said financial institutions, by means of materially
26 false and fraudulent pretenses, representations, and promises,
27 and in connection therewith caused Washington Mutual Bank, d/b/a
28 Long Beach Mortgage Company and Countrywide Bank, FSB, federally

-5-

1  insured institutions, to part with money, to wit:  home mortgage
2  loans intended to fund the purchase of certain real property
3  located in South Lake Tahoe, and Nevada City, California, in
4  violation of Title 18, United States Code, Section 1344 (Bank
5  Fraud); and

6  b.  to devise and intend to devise a material scheme
7  and artifice to defraud Alternative Financing Corporation and
8  SunTrust Mortgage, Inc., and for obtaining property and money
9  from such lending institutions by means of materially false and
10  fraudulent pretenses, representations, and promises, and for the
11  purpose of executing such scheme and artifice to defraud, did
12  place and cause to be placed items in a post office and
13  authorized depository for mail matter, to be sent and delivered
14  by the Postal Service, and deposit and cause to be deposited
15  items to be sent and delivered by private and commercial
16  interstate carrier, and caused to be delivered by mail and such
17  carrier according to the direction thereon, in violation of Title
18  18, United States Code, Section 1341 (Mail Fraud).

19  12.  It was an object of the conspiracy for the defendants
20  to defraud federally insured and other real property lenders and
21  to obtain money and property therefrom through materially false
22  and fraudulent pretenses and by making materially false and
23  fraudulent statements and representations on certain home
24  mortgage loan applications with respect to, among other things,
25  defendant MOORE's:  gross monthly income; employment; intention
26  to actually reside in the respective properties; and account
27  balance in his Washington Mutual Bank account.  It was a further
28  object of the conspiracy for the defendants to ensure that

1  defendant MOORE personally received large sums of money from the
2  loan proceeds by ensuring the closing documents from each
3  property transaction directed that defendant FAN receive a large
4  commission out of escrow, and for defendant FAN to transfer,
5  immediately thereafter, the majority of those funds to defendant
6  MOORE's bank account.  As a result of the conspiracy, the
7  defendants acquired money to which they were not entitled and
8  caused a loss to lending institutions in the approximate amount
9  of $1,053,222.75.

10          IV.  MANNER AND MEANS OF THE CONSPIRACY

11          In furtherance of the conspiracy, defendants and their co-
12  conspirators employed, among others, the following ways and
13  means:

14          13.  Defendant MOORE devised a cash-back-to-buyer scheme and
15  artifice to defraud and employed the services of defendants V.
16  WRIGHT, M. WRIGHT, FAN, and GEORGE - using them and the business
17  entities and bank accounts identified above in varying capacities
18  - to execute the fraud with him.

19          14.  In order to initiate the scheme to defraud, defendant
20  MOORE contacted various homeowners in South Lake Tahoe and Nevada
21  City, California, and negotiated with them for his purchase of
22  their respective properties.  As part of each purchase agreement,
23  defendant MOORE insisted that each homeowner agree that a
24  substantial "commission" be paid from the sale proceeds to
25  defendant MOORE's real estate agent, defendant FAN.  In order to
26  ensure there were sufficient funds set aside in each transaction
27  for defendant FAN to receive these commissions, defendant MOORE
28  often offered to purchase the sellers' properties at prices above

-7-

1 | the respective list prices, which prompted the sellers to agree
2 | to the substantial commissions.

3 |     15.   After entering into a purchase and sale agreement with
4 | a prospective seller, defendant MOORE and his mortgage broker,
5 | defendant V. WRIGHT, and her husband, defendant M. WRIGHT,
6 | submitted, and caused to be submitted to certain lending
7 | institutions home mortgage loan applications that contained
8 | knowing and materially false promises, representations, and
9 | statements with respect to, among other things, defendant
10 | MOORE's:   gross monthly income; employment; intention to actually
11 | reside in the respective properties; and account balance in his
12 | Washington Mutual Bank account.   In certain instances, defendants
13 | submitted loan applications that further contained knowing and
14 | materially false and fraudulent statements with respect to the
15 | preparation by defendant GEORGE of defendant MOORE's federal and
16 | state tax returns.   The lending institutions relied on these
17 | material misstatements in disbursing funds pursuant to the home
18 | loans.

19 |     16.   As a further part of the scheme, defendants ensured
20 | that the closing documents from each property transaction
21 | directed that defendant FAN, as defendant MOORE's real estate
22 | agent, receive a large payment out of escrow.   After defendant
23 | FAN received these funds out of the respective title company's
24 | escrow account, defendant FAN immediately wired the majority of
25 | that money to defendant MOORE's Washington Mutual account.

26 | V.   <u>OVERT ACTS</u>

27 |     In furtherance of the conspiracy, and to achieve the objects
28 | thereof, the defendants, and others known and unknown to the

-8-

1  Grand Jury, performed, among others, the following overt acts in
2  the State and Eastern District of California and elsewhere:

3      17.  On or about June 15, 2005, in the Northern District of
4  California, defendant M. WRIGHT caused the creation of a
5  fictitious website, http://680mortgage.com, which falsely
6  represented to financial institutions and others that defendant
7  MOORE was a senior executive of American Freedom House, a
8  Milpitas, California based company providing home mortgage
9  recovery services.

10     18.  On or about July 29, 2005, and with respect to the 2244
11 Inverness Drive property, defendants MOORE and V. WRIGHT sent and
12 caused the sending of a Golden State Overnight package from the
13 Alliance Title Company's office in San Ramon, California, to the
14 First American Title Company's recording desk in Placerville,
15 California.

16     19.  On or about July 17, 2006, in the Northern District of
17 California, defendant M. WRIGHT, at the direction of defendant V.
18 WRIGHT, transferred $42,000 from account number XXXXXX4579 to
19 defendant MOORE's Washington Mutual Bank account number
20 XXXXXX0626.

21     20.  On or about July 18, 2006, in the Northern District of
22 California, defendant V. WRIGHT completed and submitted to Long
23 Beach Mortgage a Request for Verification of Deposit in support
24 of an application for a home mortgage loan to be used to fund
25 defendant MOORE's purchase of 1035 Herbert Ave., which contained
26 knowingly false and fraudulent representations with respect to
27 the amount of money contained in defendant MOORE's Washington
28 Mutual Bank account number XXXXXX0626.

1          21.   On or about July 19, 2006, in the Northern District of
2     California, defendants MOORE and V. WRIGHT completed, signed and
3     submitted to Long Beach Mortgage a Uniform Residential Loan
4     Application in support of an application for a home mortgage loan
5     to be used to fund defendant MOORE's purchase of the 1035 Herbert
6     Ave. property, which contained false and fraudulent
7     representations with respect to defendant MOORE's gross monthly
8     income and employment history.

9          22.   At a time unknown to the Grand Jury, but no later than
10    on or about July 19, 2006, in the Eastern District of California,
11    defendant GEORGE prepared and executed a "CPA letter," which
12    falsely and fraudulently certified that he had prepared defendant
13    MOORE's federal and state tax returns for a three-year period,
14    and that defendant MOORE was current with respect to all federal
15    and state tax obligations.

16         23.   On or about July 19, 2006, in the Eastern District of
17    California, defendant GEORGE falsely confirmed the information
18    contained in his CPA letter in a telephone conversation with an
19    employee of Long Beach Mortgage.

20         24.   At a time unknown to the Grand Jury, but no later than
21    July 19, 2006, defendants MOORE and FAN traveled to South Lake
22    Tahoe, California in order to negotiate defendant MOORE's
23    purchase of the 3159 Pioneer Trail property from the property's
24    homeowners.

25         25.   On or about July 19, 2006, in the Northern District of
26    California, defendants MOORE and V. WRIGHT completed, signed and
27    submitted to Long Beach Mortgage a Uniform Residential Loan
28    Application in support of an application for a home mortgage loan

-10-

1 | to be used to fund defendant MOORE's purchase of the 3159 Pioneer
2 | Trail property, which contained false and fraudulent
3 | representations with respect to defendant MOORE's gross monthly
4 | income, employment history, and the amount of money contained in
5 | defendant MOORE's Washington Mutual Bank account number
6 | XXXXXX0626.

7 |     26.   On or about July 20, 2006, and with respect to the 3762
8 | Pioneer Trail property, defendants MOORE and V. WRIGHT sent and
9 | caused the sending of a California Overnight Express package from
10 | the First American Title Company's office in Concord, California
11 | to the First American Title Company's recording desk in
12 | Placerville, California.

13 |     27.   On or about August 1, 2006, and with respect to the
14 | 3762 Pioneer Trail property, defendants MOORE and V. WRIGHT sent
15 | and caused the sending of a California Overnight Express package
16 | from the First American Title Company's office in Pleasanton,
17 | California to First American Title, in South Lake Tahoe,
18 | California.

19 |     28.   On or about March 29, 2007, in the Northern District of
20 | California, defendants MOORE and V. WRIGHT completed, signed and
21 | submitted to Countrywide a Uniform Residential Loan Application
22 | in support of an application for a home mortgage loan to be used
23 | to fund defendant MOORE's purchase of the 11492 Deer Creek Lane
24 | property, which contained false and fraudulent representations
25 | with respect to defendant MOORE's gross monthly income,
26 | employment history and intention to occupy the property as his
27 | primary residence.

28 |     29.   On or about April 4, 2007, defendants MOORE, V. WRIGHT,

-11-

1   and FAN caused a $164,000 payment to be transferred, via wire,

2   from Placer Title Company's escrow account number 203-6322,

3   located in the Eastern District of California, to account number

4   XXXXXX5418 in the name of F Realty Extraordinary, maintained at

5   Wells Fargo Bank.

6   All in violation of Title 18, United States Code, Sections

7   371 and 2.

8   COUNT TWO:   [18 U.S.C. § 1344 - Bank Fraud]

9   The Grand Jury further charges:

10                       DENNIS AARON MOORE,
                         VERONIKA WRIGHT,
11                     MITCHELL B. WRIGHT, and
                         HAIYING FAN,
12

13   defendants herein, as follows:

14                       I.  INTRODUCTION

15   1.   Paragraphs 1 through 10 and 13 through 16 of Count One

16   are realleged and incorporated herein, as if fully set forth.

17               II.  SCHEME OR ARTIFICE TO DEFRAUD

18   2.   Beginning on or about July 18, 2006, and continuing

19   until on or about July 31, 2006, in the Eastern District of

20   California, the Northern District of California and elsewhere,

21   defendants DENNIS AARON MOORE, VERONIKA WRIGHT, MITCHELL B.

22   WRIGHT, and HAIYING FAN did knowingly execute and attempt to

23   execute a scheme and artifice to defraud a federally insured

24   financial institution, Washington Mutual Bank, d/b/a Long Beach

25   Mortgage Company, and to obtain the moneys, funds, credits,

26   assets, and other property owned by and under the custody and

27   control of said financial institution, by means of materially

28   false and fraudulent pretenses, representations, and promises,

-12-

1 and in connection therewith caused the financial institution to
2 part with money, to wit: a home mortgage loan intended to fund
3 the purchase of certain real property located at 3159 Pioneer
4 Trail, South Lake Tahoe, California. As a result of the
5 aforesaid scheme and artifice to defraud, defendants defrauded
6 Washington Mutual Bank, d/b/a Long Beach Mortgage Company out of
7 approximately $128,300.42 as set forth below.

## III. WAYS AND MEANS

9 In furtherance of the fraud, defendants employed, among
10 others, the following ways and means:

11 3. On or about July 19, 2006, defendants MOORE and V.
12 WRIGHT completed, signed and submitted to Long Beach Mortgage a
13 Uniform Residential Loan Application in support of an application
14 for a home mortgage loan to be used to fund defendant MOORE's
15 purchase of the 3159 Pioneer Trail property, and to be secured by
16 the same. The statements made in the Uniform Residential Loan
17 Application were material to the decision of Long Beach Mortgage
18 to part with money.

19 4. In the Uniform Residential Loan Application, defendants
20 MOORE and V. WRIGHT falsely and fraudulently represented that
21 defendant MOORE earned approximately $95,000 in gross monthly
22 income working as the President of "American Freedom House," a
23 California-based company specializing in mortgage recovery
24 services, and that defendant MOORE possessed $150,000 in his
25 Washington Mutual Bank account number XXXXXX0626. At the time
26 they signed and submitted the Loan Application, defendants MOORE
27 and V. WRIGHT well knew that defendant MOORE's actual income was
28 significantly below that amount, that defendant MOORE had never

-13-

1  worked, in any capacity, for American Freedom House, and that
2  defendant MOORE's bank account did not contain $150,000.

3      5.   In order to falsely substantiate the information
4  contained in the Uniform Residential Loan Application and further
5  mislead Long Beach Mortgage, previously, on or about June 15,
6  2005, defendant M. WRIGHT created a fictitious website,
7  http://680mortgage.com, which falsely depicted defendant MOORE as
8  a senior executive of American Freedom House.

9      6.   On or about July 18, 2006, defendant V. WRIGHT completed
10 and submitted to Long Beach Mortgage a Request for Verification
11 of Deposit in support of the application for the home mortgage
12 loan used to fund defendant MOORE's purchase of the 3159 Pioneer
13 Trail property.  The statements made in the Verification of
14 Deposit Form were material to the decision of Long Beach Mortgage
15 to part with money.

16     7.   In the Request for Verification of Deposit, defendant V.
17 WRIGHT falsely and fraudulently represented to Long Beach
18 Mortgage that defendant MOORE's account number XXXXXX0626
19 contained $40,239.82 of defendant MOORE's own money when, in
20 fact, defendant MOORE's account did not contain that amount.

21     8.   In actuality, the day before, defendant M. WRIGHT, at
22 the direction of defendant V. WRIGHT, transferred $42,000 from
23 account number XXXXXX4579 to defendant MOORE's account number
24 XXXXXX0626 to make it appear to Long Beach Mortgage as if
25 defendant MOORE had adequate funds for future mortgage payments.

26     9.   On or about July 31, 2006, defendants MOORE, V. WRIGHT,
27 and FAN caused a $57,250 payment consisting of loan proceeds to
28 be transferred, via wire, from Placer Title Company's escrow

1 | account number 203-5918, located in the Eastern District of
2 | California, to account number XXXXXX5418 in the name of F Realty
3 | Extraordinary, maintained at Wells Fargo Bank.

4 |     10.   Defendant MOORE ultimately defaulted on the 3159
5 | Pioneer Trail property mortgage, causing a financial loss to Long
6 | Beach Mortgage in the approximate amount of $128,340.42.

7 |     All in violation of Title 18, United States Code, Sections
8 | 1344 and 2.

9 | COUNT THREE:   [18 U.S.C. § 1344 - Bank Fraud]

10 |     The Grand Jury further charges:

11 | DENNIS AARON MOORE,<br>VERONIKA WRIGHT,
12 | MITCHELL B. WRIGHT, and<br>HAIYING FAN,
13 |

14 | defendants herein, as follows:

15 | I.  INTRODUCTION

16 |     1.   Paragraphs 1 through 10 and 13 through 16 of Count One
17 | are realleged and incorporated herein, as if fully set forth.

18 | II.  SCHEME OR ARTIFICE TO DEFRAUD

19 |     2.   Beginning on or about March 29, 2007, and continuing
20 | until on or about April 2, 2007, in the Eastern District of
21 | California, the Northern District of California and elsewhere,
22 | defendants DENNIS AARON MOORE, VERONIKA WRIGHT, MITCHELL B.
23 | WRIGHT, and HAIYING FAN did knowingly execute and attempt to
24 | execute a scheme and artifice to defraud a federally insured
25 | financial institution, Countrywide Bank, FSB, and to obtain the
26 | moneys, funds, credits, assets, and other property owned by and
27 | under the custody and control of said financial institution, by
28 | means of materially false and fraudulent pretenses,

-15-

1   representations, and promises, and in connection therewith caused
2   the financial institution to part with money, to wit:   two home
3   mortgage loans intended to fund the purchase of certain real
4   property located at 11492 Deer Creek Lane, Nevada City,
5   California.   As a result of the aforesaid scheme and artifice to
6   defraud, defendants defrauded Countrywide Bank, FSB, out of
7   approximately $402,077.87 as set forth below.

8                        III. WAYS AND MEANS

9        In furtherance of the fraud, defendants employed, among
10   others, the following ways and means:

11        3.   On or about March 29, 2007, defendants MOORE and V.
12   WRIGHT completed, signed and submitted to Countrywide two Uniform
13   Residential Loan Applications in support of applications for two
14   home mortgage loans to be used to fund defendant MOORE's purchase
15   of the 11492 Deer Creek Lane property, and to be secured by the
16   same.   The statements made in the Uniform Residential Loan
17   Applications were material to the decision of Countrywide to part
18   with money.

19        4.   In the Uniform Residential Loan Applications, defendants
20   MOORE and V. WRIGHT falsely and fraudulently represented that
21   defendant MOORE earned approximately $73,650 in gross monthly
22   income working as the Vice President of "American Freedom House,"
23   a California-based company specializing in mortgage recovery
24   services.   At the time they signed and submitted the Loan
25   Applications, defendants MOORE and V. WRIGHT well knew that
26   defendant MOORE's actual income was significantly below that
27   amount, and that defendant MOORE had never worked, in any
28   capacity, for American Freedom House.

                              -16-

1    5.    In order to falsely substantiate the information
2  contained in the Uniform Residential Loan Applications and
3  further mislead Countrywide, previously, on or about June 15,
4  2005, defendant M. WRIGHT created a fictitious website,
5  http://680mortgage.com, which falsely depicted defendant MOORE as
6  a senior executive of American Freedom House.

7    6.    Furthermore, in each Uniform Residential Loan
8  Application, defendants MOORE and V. WRIGHT falsely and
9  fraudulently represented that defendant MOORE intended to occupy
10  11492 Deer Creek Lane as his primary residence.  At the time they
11  completed and submitted the Loan Applications defendants MOORE
12  and V. WRIGHT well knew that defendant MOORE did not intend to
13  occupy the Deer Creek Lane property.

14    7.    On or about April 4, 2007, defendants MOORE, V. WRIGHT,
15  and FAN caused a $164,000 payment consisting of loan proceeds to
16  be transferred, via wire, from Placer Title Company's escrow
17  account number 203-6322, located in the Eastern District of
18  California, to account number XXXXXX5418 in the name of F Realty
19  Extraordinary, maintained at Wells Fargo Bank.

20    8.    Defendant MOORE ultimately defaulted on the 11492 Deer
21  Creek Lane property loans, causing a financial loss to
22  Countrywide in the approximate amount of $402,077.87.

23    All in violation of Title 18, United States Code, Sections
24  1344 and 2.
25  ///
26  ///
27  ///
28  ///

-17-

COUNT FOUR:    [18 U.S.C. § 1014 - False Statements on a Loan Application]

The Grand Jury further charges:   T H A T

DENNIS AARON MOORE, and
VERONIKA WRIGHT,

defendants herein, on or about July 19, 2006, knowingly made material false statements and reports, and wilfully overvalued land, property, and security for the purpose of influencing the action of Washington Mutual Bank d/b/a Long Beach Mortgage Company, a financial institution the deposits of which were then and there insured by the Federal Deposit Insurance Corporation and which did business in the Eastern District of California and elsewhere, in connection with an application for a home mortgage loan to be used to fund defendant MOORE's purchase of certain real property located at 1035 Herbert Ave., South Lake Tahoe, California, and to be secured by the same, in that defendants MOORE and V. WRIGHT falsely stated in a Uniform Residential Loan Application that defendant MOORE earned approximately $95,000 in gross monthly income working as the President of American Freedom House; and in that defendant V. WRIGHT falsely stated in a Request for Verification of Deposit that defendant MOORE's Washington Mutual Bank account number XXXXXX0626 contained $40,239.82 of defendant MOORE's own money, when in truth and in fact, as the defendants well knew, defendant MOORE did not earn $95,000 per month, had never worked for American Freedom House, and did not have $42,239.80 of his own money in his Washington Mutual Bank account, all in violation of Title 18, United States Code, Sections 1014 and 2.

///

-18-

1  COUNT FIVE:   [18 U.S.C. § 1014 - False Statements on a Loan
2                 Application]

   The Grand Jury further charges:   T H A T

3                 DENNIS AARON MOORE, and
4                 VERONIKA WRIGHT,

5  defendants herein, on or about July 19, 2006, knowingly made

6  material false statements and reports, and wilfully overvalued

7  land, property, and security for the purpose of influencing the

8  action of Washington Mutual Bank d/b/a Long Beach Mortgage

9  Company, a financial institution the deposits of which were then

10 and there insured by the Federal Deposit Insurance Corporation

11 and which did business in the Eastern District of California and

12 elsewhere, in connection with an application for a home mortgage

13 loan to be used to fund defendant MOORE's purchase of certain

14 real property located at 3159 Pioneer Trail, South Lake Tahoe,

15 California, and to be secured by the same, in that defendants

16 MOORE and V. WRIGHT falsely stated in a Uniform Residential Loan

17 Application that defendant MOORE earned approximately $95,000 in

18 gross monthly income working as the President of American Freedom

19 House, and that defendant MOORE possessed $150,000 in his

20 Washington Mutual Bank account number XXXXXX0626; and in that

21 defendant V. WRIGHT falsely stated in a Request for Verification

22 of Deposit that defendant MOORE's Washington Mutual Bank account

23 number XXXXXX0626 contained $40,239.82 of defendant MOORE's own

24 money, when in truth and in fact, as the defendants well knew,

25 defendant MOORE did not earn $95,000 per month, had never worked

26 for American Freedom House, and did not have either $150,000 or

27 $42,239.80 of his own money in his Washington Mutual Bank

28 account, all in violation of Title 18, United States Code,

-19-

1 | Sections 1014 and 2.

2 | COUNT SIX:   [18 U.S.C. § 1014 - False Statements on a Loan
3 |                 Application]

4 |     The Grand Jury further charges:   T H A T

5 |                 GARY LORENZO GEORGE,

6 | defendant herein, on or about July 19, 2006, knowingly made
7 | material false statements and reports, and wilfully overvalued
8 | land, property, and security for the purpose of influencing the
9 | action of Washington Mutual Bank, d/b/a Long Beach Mortgage
10 | Company, a financial institution the deposits of which were then
11 | and there insured by the Federal Deposit Insurance Corporation
12 | and which did business in the Eastern District of California and
13 | elsewhere, in connection with an application for a home mortgage
14 | loan to be used to fund defendant MOORE's purchase of certain
15 | real property located 1035 Herbert Avenue, South Lake Tahoe,
16 | California, and to be secured by the same, in that defendant
17 | GEORGE, in a letter submitted to Long Beach Mortgage, falsely and
18 | fraudulently certified that he had prepared defendant MOORE's
19 | federal and state tax returns for a three-year period, and that
20 | defendant MOORE was current with respect to all federal and state
21 | tax obligations; and in that defendant GEORGE verified the
22 | information contained in his letter in a phone conversation with
23 | a Long Beach Mortgage employee, when in truth and in fact, as
24 | defendant GEORGE well knew, he had never prepared defendant
25 | MOORE's income tax returns, all in violation of Title 18, United
26 | States Code, Sections 1014 and 2.

27 | ///

28 | ///

-20-

1  COUNT SEVEN:    [18 U.S.C. § 1957 - Engaging in a Monetary
2                  Transaction in Criminally Derived Property]

3       The Grand Jury further charges:   T H A T

4                        HAIYING FAN, and
                         DENNIS AARON MOORE,

5  defendants herein, on or about July 31, 2006, in the Northern
6  District of California, did knowingly engage and attempt to
7  engage in a monetary transaction affecting interstate commerce,
8  in criminally derived property of a value greater than $10,000,
9  to wit:  the defendants caused the wire transfer of $52,970 in
10  loan proceeds from account number XXXXXX5418 in the name of F
11  Realty Extraordinary, maintained at Wells Fargo Bank, to bank
12  account number XXXXXX0626 in the name of defendant DENNIS MOORE,
13  maintained at Washington Mutual Bank, such property having been
14  derived from specified unlawful activity conducted in the Eastern
15  District of California and elsewhere, that is, bank fraud, in
16  violation of Title 18, United States Code, Section 1344.

17       All in violation of Title 18, United States Code, Sections
18  1956(i)(1)(B), 1957 and 2.

19  COUNT EIGHT:    [18 U.S.C. § 1957 - Engaging in a Monetary
20                  Transaction in Criminally Derived Property]

21       The Grand Jury further charges:   T H A T

22                       HAIYING FAN, and
                         DENNIS AARON MOORE,

23  defendants herein, on or about April 5, 2007, in the Northern
24  District of California, did knowingly engage and attempt to
25  engage in a monetary transaction affecting interstate commerce,
26  in criminally derived property of a value greater than $10,000,
27  to wit:  the defendants caused the wire transfer of $151,970 in
28  loan proceeds from account number XXXXXX5418 in the name of F

-21-

1  Realty Extraordinary, maintained at Wells Fargo Bank, to bank

2  account number XXXXXX0626 in the name of defendant DENNIS MOORE,

3  maintained at Washington Mutual Bank, such property having been

4  derived from specified unlawful activity conducted in the Eastern

5  District of California, that is, bank fraud in violation of Title

6  18, United States Code, Section 1344.

7       All in violation of Title 18, United States Code, Sections

8  1956(i)(1)(B), 1957 and 2.

10                                        A TRUE BILL.

11                                   /s/ Signature on file w/AUSA

12

13                                   FOREPERSON

14  
    LAWRENCE G. BROWN
15  Acting United States Attorney

                                    -22-

**PENALTY SLIP**

**DENNIS AARON MOORE:** Counts 1, 2, 3, 4, 5, 7, 8

**VERONIKA WRIGHT :** Counts 1, 2, 3, 4, 5

**MITCHELL B. WRIGHT:** Counts 1, 2, 3

**HAIYING FAN:** Counts 1, 2, 3, 7, 8

**GARY LORENZO GEORGE:** Counts 1, 6

| COUNT 1 | 18 U.S.C. § 371 - Conspiracy to Commit Bank Fraud and Mail Fraud | PENALTY: | Not more then 5 years, or $250,000 Fine, or Both 3 Years TSR |
|---|---|---|---|
| COUNTS 2 & 3 | 18 U.S.C. § 1344 - Bank Fraud | PENALTY: | Not more than 30 years, or Not more than $1,000,000, or Both 5 Years TSR |
| COUNTS 4, 5 & 6 | 18 U.S.C. § 1014 - False Statements on Loan Applications | PENALTY: | Not more than 30 years, or not more than $1,000,000 Fine, or Both 5 Years TSR |
| COUNTS 7 & 8 | 18 U.S.C. § 1957 - Engaging in Monetary Transactions in Criminally Derived Property | PENALTY: | Not more than 10 years, or $250,000 fine, or Both 3 Year TSR |
| **PENALTY ASSESSMENT:** | **$100.00 special assessment (each count)** | | |

2:09 - CR  0066

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
*vs.*

Dennis Aaron Moore,
Veronika Wright,
Mitchell B. Right,
Haiying Fan, and
Gary Lorenzo George

---

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 371- Conspiracy to Commit Bank
Fraud and Mail Fraud; 18 U.S.C. § 1344 - Bank Fraud (2 counts); 18
U.S.C. § 1014 - False Statements on Loan Applications (3 counts);
and 18 U.S.C. § 1957 - Engaging in Monetary Transactions in
Criminally Derived Property (2 counts)

---

*A true bill,*

_____ /S/ _____
*Foreman.*

---

*Filed in open court this* ___ 19 ___ *day*

*of* __ February __ , *A.D. 20* 09

_____
*Clerk.*

*Bail, $* As to All Defendants — **WARRANT: NO BAIL PENDING HEARING**

Dale A. Drozd

---

GPO 863 525

2:09- CR ´ 0 0 6 6