**FILED**
February 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )       Case No. CR. S-09-0066 GEB
            Plaintiff,           )
                                 )       ORDER FOR RELEASE OF
v.                               )       PERSON IN CUSTODY
                                 )
VERONIKA WRIGHT,                 )
                                 )
            Defendant.           )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VERONIKA WRIGHT</u>, Case No. <u>CR. S-09-0066 GEB</u>, Charge <u>Title 18 USC § 371</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ _225,000.00_

    X  Unsecured Appearance Bond *to be replaced by secured bond within 10 days.*

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X  (Other) *With Pretrial Services Supervision of conditions.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 20, 2009</u> at _3:10_ pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge