UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-09-0066 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| VERONIKA WRIGHT, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VERONIKA WRIGHT</u>, Case No. <u>CR. S-09-0066 GEB</u>, Charge <u>Title 18 USC § 371</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_  Release on Personal Recognizance

X  Bail Posted in the Sum of $ _225,000.00_

    X  Unsecured Appearance Bond _to be replaced by secured bond within 10 days._

    \_  Appearance Bond with 10% Deposit

    \_  Appearance Bond with Surety

    \_  Corporate Surety Bail Bond

    X  (Other) _With Pretrial Services Supervision of conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 20, 2009</u> at _3:10_ pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge