UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Garland E. Burrell

| UNITED STATES OF AMERICA | CRIMINAL MINUTES |
|---|---|
| v. | Case No.: 09-66-GEB |
|   | Date of Hearing: May 28, 2010 |
|   | Deputy Clerk: Shani Furstenau |
| VERONIKA WRIGHT | Court Reporter/ECRO: Kimberly Bennett |

_____/

**For the Government**:

Sean Flynn,
Assistant United States Attorney

**For the Defendant(s)**:

Roger Patton,
[] Assistant Federal Defender
[] Appointed   [] Retained

**Interpreter Previously Sworn**:

**Defendant**:
[x] Present   [] In Custody   [] Not in Custody   [] O/R   [x] Bail   [] No Appearance   [] Waived   [] Failed to Appear

---

**CHANGE OF PLEA**.

[x] Withdrew not guilty plea; pleads guilty to:   Count 1

presentence report   [x] ordered   [] waived;   judgment set for: **August 13, 10 at 9**

[] Waiver of Indictment

**Other:**

---

Proceeding Time: 10 minutes

Page 1 of 1