Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Email: rpatton@pwc-law.com
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
VERONIKA WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VERONIKA WRIGHT<br>　　　　　　　Defendant. | Case No.:  2:09-CR-00066-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING ON JUDGMENT AND SENTENCE**<br><br>**Prior Hearing Date:** November 9, 2012<br><br>**[PROPOSED] New Hearing Date:** December 14, 2012 |

It is hereby stipulated by and between the Plaintiff, United States of America through its Counsel of Record the United States Attorney for the Eastern District of California and Assistant United States Attorney Philip Ferrari, and defendant Veronika Wright, by and through her counsel of record Roger W. Patton, that the sentence hearing on Judgment and Sentence for defendant Wright, currently set for Friday, November 9, 2012, be vacated and continued to Friday, December 14, 2012.

Dated:  November 1, 2012　　　　　　　/ s / Roger W. Patton
　　　　　　　　　　　　　　　　　　ROGER W. PATTON
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　VERONIKA WRIGHT

---

Dated: November 1, 2012        /s/ Roger W. Patton for
                               PHILIP FERRARI
                               Assistant United States Attorney
                               Attorney for Plaintiff, United States of America

**IT IS SO ORDERED.**

**Date:  11/1/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

2
*Stipulation and [Proposed] Order Continuing Status Hearing on Judgment and Sentence.doc*