IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                          )<br>            Plaintiff,                   )<br>                                          )<br>     v.                                   )<br>                                          )<br>VERONIKA WRIGHT,                          )<br>                                          )<br>            Defendant.                    )<br>_____ ) | 2:09-cr-00066-GEB-2<br><br><br>ORDER |

     Defendant Veronika Wright "requests that [the] Court permit the sealing of defendant's sentencing memorandum . . . . since counsel for defendant will present evidence disclosed in three U.S.S.G. 5K1.1 debriefing sessions in the sentencing memorandum." (Def.'s Mot. to Seal, ECF No. 184.) This motion does not comply with Local Rule 141(b), since Defendant has not submitted to the judge precisely what she seeks to have filed under seal. Compliance with this requirement places the judge in a position to determine whether sufficient justification exists to seal the whole sentencing memorandum, instead of only a redacted portion of the sentencing memorandum. Defendant's motion is nevertheless granted, with the understanding that if redaction sealing procedures should have been utilized, Defendant will comply such sealing procedures.

Dated:  December 5, 2012

                                                       _____<br>
                                                       GARLAND E. BURRELL, JR.<br>
                                                       Senior United States District Judge