BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff and Judgment Creditor,<br><br>v.<br><br>VERONIKA WRIGHT,<br><br>　　　　Defendant and Judgment Debtor.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Garnishee. | Misc. No. 2:14-MC-0020-GEB-CKD<br><br>Case No.  2:09-CR-0066-GEB<br><br>**STIPULATION RE APPLICATION FOR A FINAL ORDER OF GARNISHMENT [SAFE DEPOSIT BOX]; ORDER** |

Remaining in this garnishment action is the appropriate disposition of a safe deposit box in the names of Judith and Robert Wright (the Wrights), the in-laws of defendant Veronika Wright. The signatories hereto agree, upon the terms stated below, that the inspection, inventory and disposition of the safe deposit box's (the Box) contents should proceed as follows:

　　1.　　The Wrights represent that they are the sole owners of the Box's contents. They further represent the Box's exclusive contents are photographs of their personal items and household furnishings; photographs not taken for commercial resale, but for recording their household items in the event of a fire or other loss warranting the submission of an insurance claim. Finally, the Wrights affirm that they accessed the Box one time after March 11, 2014, the date garnishee Bank of America (BoA) acknowledged receipt of the United States' writ of garnishment. On March 18, 2014, the Wrights affirm they accessed the Box, looking for their passports. They affirm the passports were not in the Box and

STIPULATION RE FINAL ORDER OF
GARNISHMENT; AND ORDER

1

they affirm they did not remove anything from the Box.  The Wrights affirm March 18, 2014, was the last date they accessed the Box.

2. Within forty-five (45) days of the Court's order approving this stipulation, the Wrights and a representative from the United States Attorney's Office shall, at a mutually agreeable date and time, meet at the BoA branch where the Box is located to inspect the Box's contents.

3. Once the signatories agree upon a date and time, the Wrights will arrange with a BoA representative to open the Box so the signatories may inspect and inventory the contents as well as any Box access log that BoA maintains.  The United States will prepare an inventory, which the Wrights will date and sign.  The Wrights authorize the United States to photograph the Box's contents.  The signatories agree the BoA representative will remain present during this process until the Box is locked and resecured.

4. The United States will have ten (10) days following the inspection to determine its next course of action.  If the contents are as described in paragraph 1, below, the United States will request that the Court terminate the writ concerning the Box.  If the United States determines that some or all of the contents are not as described, it will seek a further order from the Court within ten (10) days following the inspection to determine its next course of action.

5. Pending further order of this Court, the Box shall remain locked and inaccessible to the Wrights or any other persons or entities.

FOR THE UNITED STATES OF AMERICA:

Dated ____July 23, 2014_____    BENJAMIN B. WAGNER
                                          United States Attorney

                                           /s/*Kurt A. Didier*
                                          KURT A. DIDIER
                                          Assistant United States Attorney

FOR JUDITH WRIGHT:

Dated _____    _____
                                          JUDITH WRIGHT
FOR ROBERT WRIGHT:

Dated_____    _____
                                          ROBERT WRIGHT

STIPULATION RE FINAL ORDER OF                       2
GARNISHMENT; AND ORDER

**ORDER**

The Court, having reviewed the court files and the parties' Stipulation re Application for Final Order of Garnishment (the Stipulation) and finding good cause therefore, hereby APPROVES the Stipulation.

IT IS SO ORDERED.

Dated: July 29, 2014

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER